SLIP OPINION     Cite as 2017 Ark. App. 97



# ARKANSAS COURT OF APPEALS

DIVISION II
No. CV–16–965

| | |
|---|---|
| CANDY RENEE COLLIER<br>APPELLANT | **Opinion Delivered:** February 22, 2017 |
| V. | APPEAL FROM THE HOWARD COUNTY CIRCUIT COURT [NO. 31JV-15-7-1] |
| ARKANSAS DEPARTMENT OF HUMAN SERVICES AND MINOR CHILD | HONORABLE TOM COOPER, JUDGE |
| APPELLEES | AFFIRMED; MOTION GRANTED |

**RITA W. GRUBER, Chief Judge**

This is an appeal from an order terminating Candy Renee Collier's parental rights to her son, Z.A.L., born June 15, 2015. Appellant's counsel has filed a motion to withdraw and a no-merit brief pursuant to *Linker-Flores v. Arkansas Department of Human Services*, 359 Ark. 131, 194 S.W.3d 739 (2004), and Arkansas Supreme Court Rule 6-9(i), setting forth all adverse rulings from the termination hearing and asserting that there are no issues that would support a meritorious appeal. The clerk of this court mailed a certified copy of counsel's motion and brief to appellant's last-known address informing her of her right to file pro se points for reversal. She has filed no points.

After carefully examining the record and counsel's brief, we conclude that counsel has complied with the requirements established by the Arkansas Supreme Court for no-merit termination cases and that the appeal is wholly without merit. Accordingly, we grant counsel's motion to withdraw and affirm the order terminating appellant's parental rights.

 

Affirmed; motion granted.

KLAPPENBACH and GLOVER, JJ., agree.

*The Potter Law Firm, LLP*, by: *Thomas A. Potter*, for appellant.

No response.